Fill in this information to identify the case:

United States Bankruptcy Court for the:

__EASTERN__ District of __NEW YORK__
(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   VM SPV 2 LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   92-4163276

4. **Debtor's address**

   **Principal place of business**
   
   44 Court St
   Number    Street
   
   Ste 1207
   
   Brooklyn    NY    11201
   City    State    ZIP Code
   
   KINGS
   County

   **Mailing address, if different from principal place of business**
   
   Number    Street
   
   P.O. Box
   
   City    State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   Number    Street
   
   City    State    ZIP Code

5. **Debtor's website (URL)**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __VM SPV 2 LLC__                                    Case number (if known)_____
      Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify. _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   __5 3 1 1__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply:*
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Debtor __VM SPV 2 LLC_____    Case number (if known)_____
       name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
           MM / DD / YYYY
           District _____ When __/__/____ Case number _____
           MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When __/__/____
                                 MM / DD / YYYY
           Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number    Street
    _____
    City                                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor __VM SPV 2 LLC__                                     Case number (if known) _____

| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

| 16. Estimated liabilities | ☐ $0-$50,000<br>☑ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/13/2025__
            MM / DD / YYYY

X _____    __Craig Stuart L__
Signature of authorized representative of debtor       Printed name

Title __Authorized Signatory__

Debtor  VM SPV 2 LLC                    Case number (if known) _____
         Name

**18. Signature of attorney**

✗ _____    Date _____
  Signature of attorney for debtor                   MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____
City                                          State      ZIP Code

_____        _____
Contact phone                           Email address

_____        _____
Bar number                              State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 5

Fill in this information to identify the case:

Debtor name  VM SPV 2 LLC

United States Bankruptcy Court for the: Eastern District of N Y
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a *separate* sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. Cash on hand                                                $ 3,000,000.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | __ __ __ __ | $_____ |
   | 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. Other cash equivalents *(Identify all)*

   4.1. _____                                                $_____
   4.2. _____                                                $_____

5. Total of Part 1
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 3,000,000.00

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____                                                $_____
   7.2. _____                                                $_____

Debtor __VM SPV 2 LLC__
     Name

Case number (if known) _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment
   8.1. _____
   8.2. _____  $_____
                                                         $_____

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                    $ 0.00

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

11. **Accounts receivable**                                              Current value of debtor's interest

    11a. 90 days old or less: _____ − _____ = ......➔  $_____
                              face amount   doubtful or uncollectible accounts
    11b. Over 90 days old:    _____ − _____ = ......➔  $_____
                              face amount   doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 0.00

### Part 4: Investments

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                                  Valuation method        Current value of debtor's
                                                                  used for current value  interest
14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:
    14.1. _____
    14.2. _____   _____   $_____
                                                           _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                          % of ownership:
    15.1. _____    _____ %
    15.2. _____    _____ %       _____   $_____
                                                             _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:
    16.1. _____
    16.2. _____   _____   $_____
                                                           _____   $_____

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.                    $ 0.00

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 2

Debtor _____VM SPV 2 LLC_____  Case number (if known)_____
     Name

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. Raw materials
    _____  MM/DD/YYYY  $_____  _____  $_____

20. Work in progress
    _____  MM/DD/YYYY  $_____  _____  $_____

21. Finished goods, including goods held for resale
    _____  MM/DD/YYYY  $_____  _____  $_____

22. Other inventory or supplies
    _____  MM/DD/YYYY  $_____  _____  $_____

23. Total of Part 5
    Add lines 19 through 22. Copy the total to line 84.  $_____

24. Is any of the property listed in Part 5 perishable?
    - ☒ No
    - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - ☒ No
    - ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. Crops—either planted or harvested
    _____  $_____  _____  $_____

29. Farm animals Examples: Livestock, poultry, farm-raised fish
    _____  $_____  _____  $_____

30. Farm machinery and equipment (Other than titled motor vehicles)
    _____  $_____  _____  $_____

31. Farm and fishing supplies, chemicals, and feed
    _____  $_____  _____  $_____

32. Other farming and fishing-related property not already listed in Part 6
    _____  $_____  _____  $_____

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 3

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                  $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❏ No

    ❏ Yes. Is any of the debtor's property stored at the cooperative?

       ❏ No
       ❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❏ No

    ❏ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❏ No
    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❏ No
    ❏ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ❏ No. Go to Part 8.
    ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | | | |
| _____ | $_____ | _____ | $_____ |
| 40. Office fixtures | | | |
| _____ | $_____ | _____ | $_____ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software | | | |
| _____ | $_____ | _____ | $_____ |
| 42. Collectibles  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                  $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❏ No
    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❏ No
    ❏ Yes

Debtor _____VM SPV 2 LLC_____       Case number (if known)_____
         Name

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

    47.1 _____   $_____   _____   $_____
    47.2 _____   $_____   _____   $_____
    47.3 _____   $_____   _____   $_____
    47.4 _____   $_____   _____   $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____   $_____   _____   $_____
    48.2 _____   $_____   _____   $_____

49. Aircraft and accessories

    49.1 _____   $_____   _____   $_____
    49.2 _____   $_____   _____   $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

    _____   $_____   _____   $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                           $_____

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Debtor _____VM SPV 2 LLC_____   Case number (if known)_____
         Name

### Part 9: Real property

54. Does the debtor own or lease any real property?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. Total of Part 9.
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   $_____

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☐ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☐ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>_____ | $_____ | _____ | $_____ |
| 61. Internet domain names and websites<br>_____ | $_____ | _____ | $_____ |
| 62. Licenses, franchises, and royalties<br>_____ | $_____ | _____ | $_____ |
| 63. Customer lists, mailing lists, or other compilations<br>_____ | $_____ | _____ | $_____ |
| 64. Other intangibles, or intellectual property<br>_____ | $_____ | _____ | $_____ |
| 65. Goodwill<br>_____ | $_____ | _____ | $_____ |

66. Total of Part 10.
    Add lines 60 through 65. Copy the total to line 89.   $_____

Debtor ___VM SPV 2 LLC___    Case number (if known)_____

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☐ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ☐ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71. Notes receivable
    Description (include name of obligor)
    _____  _____ − _____ = → $_____
                                            Total face amount   doubtful or uncollectible amount

72. Tax refunds and unused net operating losses (NOLs)
    Description (for example, federal, state, local)
    _____                    Tax year _____    $_____
    _____                    Tax year _____    $_____
                                                              Tax year _____    $_____

73. Interests in insurance policies or annuities
    _____                                        $_____

74. Causes of action against third parties (whether or not a lawsuit has been filed)
    Nature of claim     _____                            $_____
    Amount requested    $_____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
    Nature of claim     _____                            $_____
    Amount requested    $_____

76. Trusts, equitable or future interests in property
    _____

77. Other property of any kind not already listed  Examples: Season tickets, country club membership
    _____                                        $_____
    _____                                        $_____

78. Total of Part 11.
    Add lines 71 through 77. Copy the total to line 90.                            $_____

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 7

Debtor ___VM SPV2 LLC___  Case number (if known)_____
      Name

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $_____ | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $_____ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $_____ | |
| 83. Investments. *Copy line 17, Part 4.* | $_____ | |
| 84. Inventory. *Copy line 23, Part 5.* | $_____ | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $_____ | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $_____ | |
| 88. Real property. *Copy line 56, Part 9.* ➔ | | $_____ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $_____ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $_____ | |
| 91. Total. Add lines 80 through 90 for each column. ..........91a. | $_____ | + 91b. $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ..................................................... $_____

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

# AFFIRMATION OF FILER(S)

I, __ANTONETTE ALEXANDER__ am filing a bankruptcy petition at the Unites States Bankruptcy
(Print Filer's Name)

Court, E.D.N.Y. on behalf of the debtor(s), __VM SPV 2 LLC__.
(Print Name of Debtor(s))

Filer Contact Information:
Address: __1002 Dean Street, Ste 101 Bklyn NY 11238__
Email Address: __antoalex99@aol.com__
Phone Number: __(347) 444 3637__

## CHECK THE APPROPRIATE RESPONSES:

### ASSISTANCE PROVIDED TO DEBTOR(S):

__✓__  I prepared the petition for the debtor(s) and/or assisted with the paperwork by doing the
following: __Wrote info as directed__.

____  I did not provide the paperwork or assist in any way with completion of the forms.

### FEE RECEIVED:

__✓__  I was not paid.

____  I was paid.  Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: __5/13/25__                            _Antonette Alexander_
                                              Filer's Signature

Creditor

Bank Building
c/o Solomon Frager
444 Madison Ave
NY NY 10022

Nature of Trade: Lender